Thomas L. Wilson
(Name)

0070525
(Institution Register No.)

E.O.C.F. P.O. Box, 311 Eldorado, KS. 67042
(Current Mailing Address)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Thomas L. Wilson, Plaintiff
(Full and Correct Name)

CASE NO. 23-3030-JWL
(To be supplied by the Clerk)

vs.

Robert K. Wallace et al.,
_____, Defendants

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

## A. JURISDICTION

1) Thomas L. Wilson, is a resident of KANSAS
   (Plaintiff)                                (State of residency prior to incarceration)

   who presently located at E.O.C.F. P.O. Box, 311 Eldorado, KS. 67042
   (Mailing address or place of confinement.)

2) Defendant Robert K. Wallace is a resident of
   (Name of first defendant)

   Eldorado Correctional Facility, and is employed as
   (City, State)

   Captain, and may be
   (Position and title, if any)

   located at P.O. Box, 311. Eldorado, KS. 67042. At the time the claim(s) alleged
   (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ✓ No ☐

   If your answer is "Yes", briefly explain: Lieutenant Robert K. Wallace was

   in charge of facility opperations and subordinates.

XE-2 (F)            CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

1

3) Defendant __Chad D. Clemons__ is a resident of
   (Name of first defendant)

   __Eldorado Correctional Facility__, and is employed as
   (City, state)

   __Seargent__, and may be located at
   (Position and title, if any)

   __E.D.C.F. P.O. Box, 311 Eldorado, KS. 67042__. At the time the
   (Address for service of process)

   claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

   Chad D. Clemons was in charge of cell house living unit and officers working in the cell house unit.

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

   _____
   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   On 2-6-22 I had a seizure. I fell hitting my head and injuring my back, my cell mate Dwight Lane #120355 pushed the intercom button and officer Jaysic W. Staats who then alerted Seargent Chad D. Clemons. Clemons called a "medical assistance" on his radio and responding officers as well as medical staff DACI Preedin-Caine arived but Lieutenant Robert K. Wallace refused to allow D.I.C. Chad D. Clemons and responding officer to follow segregation security "Medical Protocal" and enter my cell to render imediate medical aid. I was shaking and choking on my vomit and blood with a head and back injury, was not physically able to come to the door to be restrained therefore officers stood outside my cell watching me lay on the ground choking in my own blood and vomit and would not render imediate medical aid.

2

XE-2 (F)            CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Negligence: Lieutenant Robert K. Wallace refused to allow cell house O.I.C. Chad Clemons to follow segregation security protocal and allow medical staff to render imediate medical aid.

(2) Supporting Facts: See copy of form 9 request from where Chad O. Clemons explains/admits that Lieutenant Robert K. Wallace refuse to allow officers or medical staff in my cell to render imediate medical aid even though I was not physically able to be restrained by my own accord.

B) (1) Count II: Cruel and Unusual Punishment: Officers stood outside my cell watching me have multiple seizures. I had a head and back injury and was laying on the ground shaking and choking in my own vomit and blood and no officers allowed medical staff to render imediate medical aid.

(2) Supporting Facts: See copy of form 9 request form where Seargent Chad O. Clemons confirm that he witnessed me have 2 seizures, I was laying on the ground with a head and back injury and my cellmate had to drag me while I was injured through my own vomit and blood to the front of the door which further aggravated my injuries in order to get medical aid because no officers or medical aid would help me. Also see copies of sick call forms where I was diagnosed with a head concussion and put on pain medication for my back, see copies of perscriptions attached.

C) (1) Count III: N/A

3

(2) Supporting Facts: ____N/A____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

   Yes ☐  No ☑.  If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
      Plaintiffs: ____N/A____
      Defendants: ____N/A____
   b) Name of court and docket number ____N/A____
   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____N/A____
   d) Issues raised ____N/A____
   e) Approximate date of filing lawsuit ____N/A____
   f) Approximate date of disposition ____N/A____

## E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☑ No ☐.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision __Personal Injury Claim, disposition- N/A. See copy of form 9 attached, Form 9 and Grievance.- Disposition 3-30-22__

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not __N/A__

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. __N/A__

## F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

__I am seeking $2,000,000.00 in punitive damages for pain and suffering. I am still dealing with back pains and am currently on medication for pain.__

_____     _Thomas Wilson-El_
Signature of Attorney (if any)            Signature of Petitioner

_____

_____
(Attorney's full address and telephone number)

5

XE-2 (F)             CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

I hereby certify that on ___2-6-23___, I electronically filed the foregoing document with the clerk of
(Date)

the court by using the CM/ECF system which will send a notice of electronic filing to the following:

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ Thomas Wilson
Name  Thomas Wilson
Address  E.D.C.F. P.O. Box, 311
  El Dorado, KS. 67042
Phone Number  N/A
Email Address  N/A

-5-