Form 9
For Cellhouse Transfer
Work Assignment _____ O.S.R. _____
Interview Requests

Wilson-El
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

70525
Number

**INMATE REQUEST TO STAFF MEMBER**

To: _Unit Team- Ms. Buchanan_____     Date: _2-7-22_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

SEE formal Complaint attached.

PLEASE RESPOND within the 10 days established per the

form 9 proceedure.

Work Assignment: ___O.S.R.___     Living Unit Assignment: _A2 125_

Comment: _____     Unit Team Members Signature: _____

Disposition: I have copied your request to Myself & Uty
can look into the issue. UTS Buchanan
2-8-2022

To: _____     Date: _____
(Name & Number)

Disposition: _____

_____

_____

_____

_____

Employee's Signature

**To be returned to inmate.**

P-0009b

Attached from form 9, Informal Resolution.

ON 2-5-22, CSI Chad O. Clemons, COI Mc Donald, and COI Metting came on shift to work from 6:00pm - 6:00am. After 10:30pm formal count none of the officers made any 30 minute security checks until 1:00am formal count. (See video footage for A2 cell house for evidence.)

CSI Chad Clemons, COI Mc Donald, and COI Metting again neglected their duties and didn't do security checks from 2:00am - 3:15am at which time I had a seizure, because cell house officers failed to do there security checks which is protocol to insure offender's safety, they also failed to notice that I was having a seizure, (also see A2 cell house video footage for evidence.)

My cellie, offender Dwight Lane # 120355 had to push the intercom button and tell COI Jaysic W, starts that I was having a seizure. CSI. Clemons called a medical code on his radio and some of the officers that responded to the medical code was CSI Katherine K, Fieman, CSI Roger L. Gadberry II and COI Ethan O. Ebberts. Medical Staff Daci Preedin-Caine responded but did not take any of my vital signs (which is standard medical proceedure) or do anything to help me medically. because I've been battleing lower back pains, was reinjured when I fell during the seizure and was not able to move

1 of 6

At that time, she refused to medically treat me or asses me. Instead, she left me barely conclous on the floor inside my cell lying in my own vomit, urine, and blood. She left the cell house completely and failed to treat me at all.

Per segregation security measures: If any offender is having medical emergency and a medical code is called but the offender is not physically able to come to the door to be restrained so he can be "medically assesed" then 5 officers are suppose to restrain my cell le at his door, open the cell door, come in with the safety shield for safety precaution, restrain me and then have medical staff properly asses me.

However, captain Alex J. McCollough and L. tunent Robert K. Wallace (who is the prison's overall superviser on that shift) would'nt allow the officers to restrain me so I can be medically assesed and as a result I had a second siezure while officers Chad O. Clemons, officer McDonald, officer Metting, Katherine K. Firman, Roger L. Gadberry II, Ethan O. Ebberts, and a few other officers stood outside my cell watching me shake and choke in my own vomit, blood and urine. A second medical code was called for my second siezure (just minutes after medical staff Daci Preedin - Caine

2 of 6

REFUSED to treat me at all the first time I had a SIEZURE) and medical staff Preedin-came returned, still However no officers followed segregation security protocal and Restrained my cellie in order to come in with the shield, restrain me and have a nurse asses me.

It was only after my second siezure, over a hour of pain & suffering and the help of my cellie (which is not his responsibility) that I was able to come to my door to be Restrained and recieve "medical treatment."

SERIOUS MEDICAL NEED AS :

ONE that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention. (Hill v. DeKalb Reg l Youth Det. Ctr. 40 F. 3d 1176, 1187 (11th Cir. 1994)

Also the courts usually agree that a prisoner can show a "serious medical need" if the failure to treat a prisoner's condition could result in further significant injury or the unnecessary and wanton infliction of pain." (Estelle, 429 U.S. at 104; Jet v. Penner, 439 F. 3d 1091, 1096 (9th Cir. 2006)

By cell house officers refusing to go by "segregation security protocal" to restrain my cellie, and

3 of 6

5 officers come in with the sheild, restrain me and have me medically assessed at 3:15am during the first siezure and initial medical code being called is a "deliberate indifference" to my medical needs, neglegence and cruel and unusual punishment for standing outside my cell while I had 2 siezures in a hour, choking in my own vomit, blood and urine which is also a violation of my 8th amendment rights.

I was refused medical treatment for a siezure I had on 2-6-22 at 3:15am because Lt. Robert K. Wallace said I have a past history of "weapons possession". That is not an excuse to deny me medical treatment as I only have one disciplinary report for "weapons possession" and that was on 1-21-21. (see copy of disciplinary report attached) In the facts of that report I was a "victom" and turned them in to the captain's office seeking help and protection because a high ranking gang member was trying to "force me" into holding them.

Every disciplinary report that I have for "dangerous contrand" ~~that I have~~ been convicted on besides the "attached

4 of 6

disciplinary Report" has Nothing to do with any kind of "WEAPON" As Lt. Robert K. Wallace claims.

Besides the Attached Report" all of my "dangerous contraband" convictions is because I was in possession of "Alcohol" or I "flushed" a uknown object that could not be identified by officers down the toilet. (which could've been drugs or anything I was not suppose to be in possession of)

Lt. Robert K. Wallace's excuse not to allow officers to follow "Segregation Security protocol" to come in my cell, restrain me and allow the nurse to medically treat me (due to my alleged past history of weapons possession) is not a "reasonable excuse" to deny me medical treatment because I was having a siezure. I was barely concious, lying on the floor, choking on my own vomit, urine and blood. I have a history of siezures, take siezure medication and had a siezure previously on 2-4-22. At that time I was fighting for my life (2-6-22) And was not a threat to no one or was not in possession of any weapons. Officers diliberately refused to do anything to help me while I had multiple siezures, neglected to do there 30 minute security checks to check on inmates welfare (which is security protocal) and as a result I had 2 siezures hurting my head, reinjuring my lower back and ribs, causing me to spit up blood. So I'm taking the first step to exaust all of my administrative remedes so I can pursue other avenues. Please respond within the 10 calendar days

5 of 6

Established in the form 9 response proceedure.

Form 9
For Cellhouse Transfer
Work Assignment _____Layin_____
Interview Requests

RECEIVED
OCT 1 6 2017
BY: ......................

_Wilson_
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

_70525_
Number

Security

**INMATE REQUEST TO STAFF MEMBER**

To: _CORIZON SUPERVISER - Mrs. Elderson_    Date: _10-9-17_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I had 2 SIEZURES in 2 days and My CELLIE was pushing the button, flicking the light on & off and "NO STAFF" responded or came to investigate at any time to see what was wrong. Besides count time no staff make their regular 30 minute SECURITY CHECKS. I was injured during my last SIEZURE twisting my head, neck, back & shoulder and had to be put on pain medication. Will you please let the "major" know that officers are not making regular 30 min. Security Checks.

Work Assignment: _L/T_

Living Unit Assignment: _G1-220_

Unit Team Members Signature: _UTS Buchanan_

Comment: _____

Disposition: _I have addressed the issue of rounds with staff_
_Major Smith_

To: _____          (Name & Number)

Date: _____

Disposition: _____

_____
Employee's Signature

To be returned to inmate.

P-0009b

INMATE REQUEST TO STAFF MEMBER

To: C SI C. CLEMONS

(Name and Title of Officer or Department)

Date: 2-6-22

Unit Team Member Signature

**To be retained by Inmate**

Form 9
For Cellhouse Transfer
Work Assignment _____ O. S. R.
Interview Requests

WilsonN-El
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

70525
Number

**INMATE REQUEST TO STAFF MEMBER**

To: C SI C. CLEMONS          Date: 2-6-22

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Per segregation security protocal: If a medical condition is called and the offender is physically "unable" to come to the door, be restrained to be medically assessed then 5 officers are to restrain my cellie, get the shield "for safety precautions" and come in, restrain me so the nurse can "properly" asses me, medically, why was that security protocal not followed at 3:15 am on 2-6-22 when I had my first seizure and a medical code was called and I was denied medical treatment the first time I had a siezure at 3:15 am on 2-6-22

Work Assignment: O.S.R.          Living Unit Assignment: A2-125

Comment: _____          Unit Team Members Signature: C C. Clemons

Disposition: Per Lt. R. Wallace Entry was not made unless Inmate Wilson Was restrained due to past history of weapons possession.

To: _____          Date: _____

(Name & Number)

Disposition: _____

Employee's Signature                **To be returned to inmate.**

P-0009b

INMATE REQUEST TO STAFF MEMBER

To: _CSI Clemons_____     Date: _10-13-22_____

(Name and Title of Officer or Department)

_____

Unit Team Member Signature

**To be retained by Inmate**

Form 9
For Cellhouse Transfer
Work Assignment ___O.S.R._____

_Wilson-El_____
Last Name Only

Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**

_70525_____
Number

**INMATE REQUEST TO STAFF MEMBER**

To: _CSI Clemons_____     Date: _10-13-22_____

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

Will you please confirm that on 2-6-22 around 3:15AM when I had 2 seizures in my cell A2 #125 you saw me shaking on the ground while laying in my own vomit & blood and I was not physically able in your professional opinion to come to the cell door to be restrained and therefore my cellie at that time offender Dwight Lane #120355 had to half drag, half carry me to the door so I could be restrained in order to recieve medical assistance but this happened only after my second seizure. Will you please confirm the above statement?

Work Assignment: __O.S.R._____     Living Unit Assignment: _A2 115_____

Comment: _____     Unit Team Members Signature: _____

Disposition: I CSi C. Clemons K0000721278 can confirm the above statement to be accurate. CSi C. Clemons 11.07.2022

_____

To: _____     Date: _____

(Name & Number)

Disposition: _____

_____

_____

_____

Employee's Signature

**To be returned to inmate.**

P-0009b

INMATE REQUEST TO STAFF MEMBER

To: CSI C. CLEMONS

(Name and Title of Officer or Department)

Date: 2-6-22

Unit Team Member Signature

**To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____ O.S.R.
Interview Requests

Wilson-El
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

70525
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: C SI CLEMONS                    Date: 2-6-22

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

When I had my second seizure and was finally concious enough and able to come to the door to be restrained, Ceilvernon Preedin-Caine medically assesed me. After her medical assesment and she left will you please confirm that I called you to my cell to show you that I had "blood and mucus" on my shirt and that you wrote a note about it in my chronological file and emailed medical to let them know what you observed and Deci Preedin-Caine failed to observe or treat during her medical assesment?

Work Assignment: O.S.R.                 Living Unit Assignment: A2 125

Comment: _____           Unit Team Members Signature: C. Clem...

Disposition: I can confirm the above stated facts. Chronofiles will show information regarding blood on Inmate Wilson's T-Shirt.

To: _____                      Date: _____

(Name & Number)

Disposition: _____

Employee's Signature

**To be returned to inmate.**

P-0009b

# Health Services Request Form

| For Medical Use Only | |
| --- | --- |
| Sólo para uso médico | |
| Date Received: | 2/9/22 |
| Time Received: | 0220 |

Print Name (Imprimir nombre): Thomas Wilson-El

Date of Request: 2-8-22

ID #: 70525     Date of Birth (Fecha de nacimiento): 5-4-81

Housing Location (Ubicación de la vivienda): A2 125

Nature of problem or request (Naturaleza del problema o solicitud): "Follow up"
I filled out a sick call dated 2-6-22 for a head injury I
recieved during a siezure I had that morning. I reported in the sick
call that my head hurts. I'm having constant headaches and I'm seeing
bright spots that wont go away. This was addressed at sick call on
2-7-22 but nothing was done about it can I please be seen as soon as possible?

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcaide, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Thomas Wilson-El
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: K. Tilseath     ☐ Routine   ☐ Urgent   ☐ Emergent

Date: 2/9/22     Time: 0700

Date of Face-to-Face Visit: 2-9-22 at cell side as patient stopped me

Other:

Response Recommendation (to be completed by Medical Staff only)

Initial   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☑ ARNP
Fee Charge   ☐ $2.00
Comments: Probable post concussive syndrome after hitting head.

Stuart, NP          2-9-22
Staff Signature          Date

Centurion: REC-013KS
07/01/2020


centurion



**WILSON, THOMAS**
CLINICAL SOLUTIONS, LLC, 418 MARY LYNDSAY POLK DR 4515 FRANKLIN, TN 37067
1-877-828-5488 | FAX: 1-866-229-1597

70525    1 of 2

IBUPROFEN 200MG TAB
00904-5747-
QTY: 60

RX #: 12044999
EDCF - 1453
MFR: MAJOR

TAKE TWO TABLET(S) BY MOUTH TWICE DAILY
WITH FOOD AS NEEDED

RPh: TC.    / SL.
Start: 02/14/2022
DISP: 02/15/2022
Stop:03/15/2022
PRESCRIBER:
KNIPP, KELLY

WILSON, THOMAS
IBUPROFEN 200MG TAB
70525
EDCF - 1453
DISP: 02/15/2022

QTY: 60
RX #: 12044999
Earliest Refill: 02/21/2022

# Health Services Request Form

| For Medical Use Only Sólo para uso médico | |
|---|---|
| Date Received: | 7/7/72 |
| Time Received: | 0821 |

Print Name (Imprimir nombre): Thomas Wilson-El

Date of Request: 2-6-22 10:30 AM

ID #: 70525          Date of Birth (Fecha de nacimiento): 5-4-81

Housing Location (Ubicación de la vivienda): A2 125

Nature of problem or request (Naturaleza del problema o solicitud): I had 2 Siezures on 2-6-22. After my second siezure I've been spitting up blood when I cough and my chest hurts real bad when I breathe. Can I please be seen ASAP.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Thomas Wilson EL09
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: RHDINRA          ☐ Routine   ☐ Urgent   ☐ Emergent

Date: 2/7/22          Time: 0203

Date of Face-to-Face Visit:

Other:

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☑ ARNP |

Fee Charge: ☑ $2.00

Comments: Chest x-ray, alpha Lipoic acid daily, collect sputum

Kim G APRN          02/07/2022
Staff Signature          Date

culture for lab

Centurion: REC-013KS
07/01/2020

**centurion**



**WILSON, THOMAS**                                          70525      1 of 1

CLINICAL SOLUTIONS, LLC, 418 MARY LINDSAY POLK DR #115 FRANKLIN, TN 37067
1-877-826-5488 | FAX: 1-866-920-1597

**ALPHA-LIPOIC ACID 600MG CAP**          RX #: 11995428
47489-0044-72                                    NDC - 1453
QTY: 30        RFL: 0              DOB: 5/4/1981       ATRO
TAKE ONE CAPSULE(S) BY MOUTH EVERY DAY

RPh: TC.    / PH.
Start: 02/07/2022
DISP: 02/08/2022
Stop: 03/08/2022
PRESCRIBER:
KNIPP, KELLY

Form 9
For Cellhouse Transfer
Work Assignment _____ O.S.R. _____
Interview Requests

WILSON-EL
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

70525
Number

## INMATE REQUEST TO STAFF MEMBER

To: Unit Team-Brewer                    Date: 1-4-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I filed a "personal Injury" claim dated 2-7-22 concerning multiple seizures and negligence against staff for refusing me "mediate medical attention". I've filed numerous form 9's to Ms. Perkins & Mrs. Harber asking if they recieved my claim, what is the claim number, etc. but I haven't recieved any response. I've wrote U.T. & U.T.M. Buchanan numerous form 9's also but I still have not recieved an answer. So I wrote a grievance over 2 months ago because U.T.M. Buchanan has not responded to my form 9's and I have not recieved a response from the grievance I wrote over 2 months ago. So I'm writing this form 9 again asking 3 simple questions! 1. Have properly claim recieved my claim dated 2-7-22? 2. If so what is the claim number. 3. If not then what steps do I need to take for my personal Injury claim to be heard?

Work Assignment: _____ O.S.R. _____ Living Unit Assignment: _____ A2 115 _____

Comment: _____ Unit Team Members Signature: _____

Disposition: It was disapproved.
_____
_____
_____

To: _____                    Date: _____
(Name & Number)

Disposition: _____
_____
_____
_____

_____
Employee's Signature

**To be returned to inmate.**

P-0009b

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name __Thomas Wilson-El__          Number __70525__

Facility __E.D.C.F.__          Housing Unit __A2 125__          Work Detail __O.S.R.__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). __PLEASE SEE GRIEVANCE Complaint Attached !__

Date this report was given to Unit Team for informal resolution (to be completed by inmate). __2-22-22__

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_This situation will be reviewed with staff._

_____ Unit Team Signature          __2-28-22__ Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

__Thomas Wilson El__          __3-9-22__
Inmate Signature          Date

---

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __MAR 11 2022__          Date of Final Answer __MAR 17 2022__          Date Returned to Inmate _____

_____          _____
Inmate's Signature          Date          Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number          __CA22595__          RECEIVED

Type of Complaint (Item 4: Code 01-75)          __31__

Cause of Complaint (Item 5: Code 01-30)          __01__

Type of Response (Item 6a: Code 01,02,08 or 09)          __08__          __SE__

          __MAR 11 2022__

          __'S OFFICE__

CONTINUED FROM GRIEVANCE ATTACHED!

I'M WRITING THIS GRIEVANCE BECAUSE ON 2-5-22, CSI CHAD
D. CLEMONS, COI MISS. McDONALD AND COI METTING CAME ON SHIFT
TO WORK FROM 6:00PM-6:00AM. AFTER 10:30PM FORMAL COUNT, NONE
OF THE OFFICERS MADE ANY 30 MINUTE SECURITY CHECKS UNTIL 1:00AM
FORMAL COUNT. (SEE A² CELL HOUSE VIDEO FOOTAGE FOR EVIDENCE)

THESE 3 OFFICERS AGAIN NEGLECTED THERE DUTIES AND DID'NT
DO SECURITY CHECKS FROM 2:00AM - 3:15AM AT WHICH TIME
I HAD A SIEZURE. BECAUSE CELL HOUSE OFFICERS FAILED TO DO THEIR
SCHEDUALED 30 MINUTE SECURITY CHECKS TO INSURE OFFENDER'S
SAFETY, THEY ALSO FAILED TO NOTICE THAT I WAS HAVING A SIEZURE,
(ALSO SEE A² CELL HOUSE VIDEO FOOTAGE FOR EVIDENCE)

THIS IS NOT THE FIRST TIME OFFICERS HAVE NEGLECTED THEIR
DUTIES AND DID'NT DO 30 MINUTE SECURITY CHECKS AND FAILED
TO RECOGNIZE I WAS HAVING A SIEZURE. (SEE COPY OF FORM 9
DATED 10-9-17 ATTACHED) MY CELLIE DWIGHT LANE #120355
HAD TO PUSH THE INTERCOM BUTTON AND TELL COI JAYSIC W. STAATS
IN CONTROL THAT I WAS HAVING A SIEZURE.

CSI CLEMONS CALLED A MEDICAL CODE ON HIS RADIO AND
SOME OF THE RESPONDING OFFICERS WERE CSI KATHERINE K.
FIRMAN, CSI ROGER L. GADBERRY II AND COI ETHAN D. EBBERTS.
MEDICAL STAFF THAT RESPONDED WAS DACI PREECIN-CAINE
BUT OFFICERS WAS TOLD BY THE SHIFT LT. ROBERT K. WALLACE
NOT TO ENTER MY CELL AND RENDER MEDICAL AID BECAUSE

I have a past history of weapons possession, therefore medical and security staff just stood outside my cell and watched me lay on the floor in my own urine, barely concious, shaking, choking on my own vomit and blood while I had a second siezure.

Per segregation medical & security protocal:
If a medical condition is called and the offender with the medical problem is not physically able to come to the door to be restrained so he can recieve medical attention then my cellie is to be cuffed up, 5 officers are to enter my cell with the shield (for safety percautions) restraine me so medical staff can properly treat me.

Nowhere in the segregation medical & security protocal proceedure does it state that medical or security officials can refuse offenders medical aid based on their criminal conviction or prison disciplinary history - I was on the floor having multiple siezures, barely concious, shaking, choking in my own vomit and blood so there is no way I was physically able to come to the door to be restrained. Therefore segregation security & medical protocal should've been conducted and I should have recieved medical treatment. It was only after (over an hour) of laying on the floor in pain was I able (with the help of my cellie) to

CRAWL through my own urine, vomit and blood, come to the door, get cuffed up and recieve medical help.

By Lt. Robert K. Wallace giving CSI Chad Clemons and other responding officers orders ~~Not to follow~~ Not to follow segregation security & medical protocol (when clearly I was physically unable to come to the door to be restrained) and render medical aid is a violation of my 8th Amendment right to recieve "proper" medical treatment. It's also a violation of IMPP. 02-118 Code of Ethics as it states:

"~~I ACCEPT that~~ It is my fundamental duty to serve, to safeguard lives and maintain an enviornment free of oppression or intimidation, violence or disorder. I will exercise power and authority prudently and within the limits of the law."

"I will recognize the fact that I have power over the lives of offenders, and will not abuse that power in any way."

Lt. Robert K. Wallace violated my 8th Amendment Rights by refusing me medical treatment. He violated IMPP. Code of Ethics by recognizing the fact that he was the shift's Lt., had the power to determine if I was to live or die depending on if I recieved "imediate medical attention". Yet, he refused me imediate medical

treatment out of Retaliation because of a past "PREA" complaint I filed against him in 2019-2020 when I Reported that he squeezed my buttocks while escorting me to the shower.

Lt. WALLACE should be Relieved of his duties as a E.D.C.F. employee. I wrote a form 9 (my first step to Exaust my Administrative Remidies) to L.T. Jenelle Buchanan and no one has spoke to me about this matter in the 10 days established in the form 9 Proceedure so I'm taking the next step in exausting all of my Administrative Remidies.



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date:   MAR 1 7 2022

To:   Wilson, Thomas #70525 A2-125

Subject:  Grievance dated 2/22/22, CA22595

Findings of Facts:  Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by UTM D. Lewis is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc:  file
     Offender
     UTM D. Lewis

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Thomas Wilson-El          Facility: Eldorado Correctional Facility

Inmate Number: 70525          Grievance Serial No.: CA22595

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:     Kansas Department of Corrections          Date Mailed: 3-18-22
             714 SW Jackson
             Suite 300
             Topeka, KS  66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) Principle Administrator should have terminated Lt. Robert K. Wallace and I think the Secretary should relieve Lt. Robert K. Wallace of his duties as a K.D.O.C. Employee.

Thomas Wilson el
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

RECEIVED

MAR 21 2022

DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code     01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

AZ 149

# Grievance-Response on Appeal

**FACILITY:**   **El Dorado Correctional Facility**

**INMATE:**   **0070525 Wilson, Thomas**

**GRIEVANCE NO.:** CA00022595

**DATE:**   **March 30, 2022**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. **The situation is being reviewed.** Staff have been addressed about frequency and completion of their rounds for well-checks. Medical staff was present, and you received medical treatment.

## ACTION TAKEN

None further.

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

RECEIVED

APR 27 2022

WARDEN'S OFFICE