UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

THOMAS L. WILSON,

      Plaintiff,

vs.

ROBERT K. WALLACE, et al.,

      Defendants.

Case No. 23-3030-JWL

NOTICE TO PLAINTIFF

  IT IS HEREBY ORDERED AT THE DIRECTION OF HONORABLE JOHN W. LUNGSTRUM, United States District Judge:

  Your Complaint has been received, but it is deficient for the reason(s) below:

CIVIL ACTION FILING FEE NOT SATISFIED. You have not paid the fees for filing a civil action of $402.00 and you have not submitted a motion to proceed without prepayment of fees. See 28 U.S.C. § 1914. Your case may not go forward until you satisfy the statutory filing fee prerequisites in one of these two ways. Forms for filing a motion to proceed without prepayment of fees are enclosed.

  You are required to correct the foregoing deficiencies within thirty (30) days of the date of this Notice. If you fail to comply within the prescribed time, the Judge presiding over your case will be notified of your non-compliance, and this action may be dismissed without further notice for failure to comply with this court order.

**IT IS THEREFORE BY THE COURT ORDERED** that the PLAINTIFF is granted until March 9, 2023, in which to correct the foregoing deficiencies or this action may be dismissed without prejudice and without further notice.

**IT IS SO ORDERED** on Tuesday, February 07, 2023.

> Skyler B. O'Hara
> Clerk of the Court
> by S. Nielsen-Davis, Deputy Clerk