```
1/17/2023           11:27:12          Kansas Department of Corrections              PGM - BKR0050B       Page   1
                                           Inmate Account Statement
```

Inmate:  0070525 WILSON,THOMAS,L

|  | Total Deposits | Average Cash Balance* | Average Forced Savings[1] Balance* | Average Mandatory Savings[2] Balance*** |
|---|---|---|---|---|
| July: | .10 | .27 | 357.86 | .00 |
| August: | 17.12 | .27 | 357.94 | .00 |
| September: | .24 | .27 | 358.12 | .00 |
| October: | .26 | .27 | 358.39 | .00 |
| November: | .35 | .27 | 358.68 | .00 |
| December: | 2.24 | .27 | 359.87 | .00 |
| Total all Months: | 20.31 | 1.62 | 2150.86 | .00 |
| Average for Preceding Months:** | 3.39 | .27 | 358.48 | .00 |
| Current Available Balance as of 1/17/2023: |  | .00 | 361.64 |  |

*NOTE:    The average balance is calculated from the account data for the inmate
          location at the time interest is posted to his/her account for cash,
          forced savings, and mandatory savings.

**NOTE:   Average balance for preceding months is calculated from only
          months for which interest has been posted.

***NOTE:  Mandatory savings cannot be spent on court costs or attorney
          fees pursuant to statute and the Kansas Department of Corrections policy.

This is to certify that this statement represents a true summary of
deposits and average daily balances for the period shown.  The
current balance of available funds is as reflected in the above statement.

Certify Correct:                          *Natalie Stanley*        1/17/2023
KANSAS DEPARTMENT OF CORRECTIONS          Signature of Authorized    Date
714 SW Jackson, Suite 300
Topeka                    KS  66603-0000  Accountant II
                                          Position

[1] Forced Savings is established per Internal Management Policy and Procedure 04-103.
[2] Mandatory Savings is established per K.S.A. 75-5268 1(g).