IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Thomas L. Wilson                          )
                                          )
                    Plaintiff(s),         )
                                          )
v.                                        )   Case No.  23-3030-JWL
                                          )
Robert K. Wallace et al.,                 )
                                          )
                    Defendant(s).         )
                                          )

MOTION FOR APPOINTMENT OF COUNSEL
AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, Thomas L. Wilson, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's <u>Pro Se Guide</u> (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff <u>confer with</u> (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney ADAM JONES
Firm Name Adam Jones Law Firm P.A.
Address 1635 N. Waterfront Parkway Suite #200 Wichita KS. 67206
Date(s) of Contact 3-5-22
Method of Contact LETTER
Response Received NO RESPONSE

(2) Name of Attorney FAGAN & EMERT
Firm Name Fagan & Emert L.L.C., Attorneys At Law
Address 730 New Hampshire Street Suite #210 Douglas KS, 66044-2776
Date(s) of Contact 4-1-22
Method of Contact LETTER
Response Received NO RESPONSE

(3) Name of Attorney CONNELL & CONNELL
Firm Name CONNELL & CONNELL
Address 318 West Central Avenue El Dourado, KS. 67042
Date(s) of Contact 4-25-22
Method of Contact LETTER
Response Received NO RESPONSE

4) Name of Attorney GAIL A. JENSEN
Firm Name Chartered Attorney At Law
Address 226 West Central Avenue Suite #102 Eldorado, KS. 67042
Date(s) of Contact 5-7-22
Method of Contact Letter
Response Received No Response.

5) Name of Attorney ARN Mullins Unruh Kuhn & Wilson
Firm Name ARN Mullins Unruh Kuhn & Wilson LLP.
Address 300 West Douglas Avenue Suite 330 Wichita, KS. 67202-2976
Date(s) of Contact 6-1-22
Method of Contact Letter
Response Received No Response

6) Name of Attorney William L. Phalen
Firm Name William L. Phalen P.A. Attorney At Law
Address 200 W. 4th Street P.O. Box 1346 Pittsburg, KS. 66762
Date(s) of Contact 3-16-22
Method of Contact Letter
Response Received Said he cannot expect this claim at this time.

*(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

Yes ✓    No ☐

OR

I have completed and am now filing an Affidavit of Financial Status along with this motion.

Yes ✓    No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

~3~

_____

_____

*(attach additional sheets, if necessary)*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                  (Date)

*Thomas Wilson*
Signature of Plaintiff

Thomas Wilson
Name (print or type)

E.D.C.F. P.O. BOX 311
Address

Eldorado    Kansas    67042
City          State        Zip Code

N/A
Telephone Number

N/A
E-Mail Address

-4-