IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THOMAS L. WILSON,

          **Plaintiff,**

v.                                       CASE NO. 23-3030-JWL

ROBERT K. WALLACE, ET AL.,

          **Defendants.**

## ORDER

This matter comes before the Court on Plaintiff Thomas L. Wilson's second motion for leave to proceed in forma pauperis, meaning without prepayment of the filing fees. (Doc. 8.) The Court has already granted Plaintiff leave to proceed in forma pauperis. (Doc. 5.) Accordingly, the current motion will be denied as moot.

**IT IS THEREFORE ORDERED** that the motion for leave to proceed in forma pauperis (Doc. 8) is **denied as moot.** Plaintiff was granted leave to proceed in forma pauperis in an order dated February 7, 2023.

**IT IS SO ORDERED.**

DATED: This 23rd day of February, 2023, at Kansas City, Kansas.

                                                    S/ John W. Lungstrum

                                                    JOHN W. LUNGSTRUM
                                                    United States District Judge