IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 23-3030 |
| | ) |
| ROBERT WALLACE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

| | |
|---|---|
| Robert Wallace | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Chad Clemons | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Court's order on February 22, 2023 (Doc. 7), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

| | |
|---|---|
| March 24, 2023 | s/Dennis D. Depew |
| Date | Signature of Deputy Attorney General |