IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Plaintiff
Thomas L. Wilson

CASE NO. 23-3030-JWL

V.

Defendant
Robert K. Wallace, et al.,

## Motion For Summary Judgement

Comes now Plaintiff, Thomas L. Wilson #70525 and request this court to grant relief in above case.
Defendants Robert K. Wallace had 60 days to file an answer during a "Service Order" issued by the courts dated February 22nd 2023, at Kansas City, Kansas. Neither Defendants has responded within the 60 days ordered by the courts in the "Service Order", therefore Plaintiff respectfully request this court to grant relief by default in this case.

Respectfully Submitted,
Thomas L. Wilson
*Thomas Lester Wilson*

On this 24th day of April 2023