## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS L. WILSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT K. WALLACE, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Case. No. 23-CV-03030-EFM-TJJ |

### ENTRY OF APPEARANCE

Assistant Attorney General Matthew L. Shoger hereby enters his appearance as counsel of record for Defendants Robert K. Wallace and Chad D. Clemons.

    Respectfully submitted,

    OFFICE OF ATTORNEY GENERAL
    KRIS W. KOBACH

    */s/ Matthew L. Shoger*
    Matthew L. Shoger, KS No. 28151
    Assistant Attorney General
    120 SW 10th Avenue, 2nd Floor
    Topeka, Kansas 66612-1597
    matt.shoger@ag.ks.gov
    785-296-2215
    Fax: (785) 291-3767
    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of May, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Thomas L. Wilson #70525
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

                                          */s/ Matthew L. Shoger*
                                          Matthew L. Shoger
                                          Assistant Attorney General