### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS L. WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case. No. 23-3030-EFM-TJJ |
| ROBERT K. WALLACE, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants Robert K. Wallace and Chad D. Clemons ("Defendants") respectfully request, through Assistant Attorney General Matthew L. Shoger, that this Court dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In the alternative, the Defendants ask this Court to grant summary judgment pursuant to Fed. R. Civ. P. 56. In accordance with D. Kan. Rule 7.1(a), a memorandum in support is filed with this motion.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all registered parties and interested parties. I also certify that a copy of the above will be mailed by means of first-class mail on the 7th day of June, 2023, postage prepaid, addressed to:

Thomas L. Wilson #70525
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

                                           */s/ Matthew L. Shoger*
                                           Matthew L. Shoger
                                           Assistant Attorney General