**EXHIBIT B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

THOMAS L. WILSON,             )
                                    )
      **Plaintiff,**          )
                                    )
**v.**                               )     **Case. No. 23-3030-EFM-TJJ**
                                    )
**ROBERT K. WALLACE,** *et al.,*   )
                                    )
      **Defendants.**     )
                                    )

## DECLARATION OF JENNELL BUCHANAN

I, Jennell Buchanan, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am the Unit Team Manager at El Dorado Correctional Facility (EDCF).

2. As part of my official duties, I have access to and am familiar with inmate Thomas L. Wilson's (#70525) disciplinary history.

3. As part of my official duties, I also have access to saved surveillance videos at EDCF.

4. I attest that EDCF has been adhering to and currently adheres to the following Kansas Department of Corrections (KDOC) Internal Management Policies and Procedures (IMPP's) relevant to this case: 10-122D, 12-111A, and 20-104A (previously 20-104).

5. Inmates can be placed in RH for reasons including disciplinary segregation (limited to 15 days), protective custody, active investigation, other security risk, and consistent bad behavior.

6. Wilson was placed into restrictive housing on January 21, 2021, on "Other Security Risk" status.

7. The attached administrative segregation report specifies that Wilson's placement into restrictive housing on January 21, 2021, was for the safety and security of the facility due to Wilson's recent disciplinary report history and his overall maladapted behavior after two improvised stabbing devices were obtained from his possession.

8. Wilson currently still remains in restrictive housing.

9. Forced cell entry is not generally authorized to facilitate treatment of medical issues.

10. Forced cell entry by its very nature involves the use of force toward inmates.

11. Forced cell entry by its very nature involves a risk of physical harm and even a risk of death for facility staff.

12. Forced cell entry is only authorized when, in the opinion of the appropriate facility staff, in light of the use of force policy outlined in IMPP 12-111A and the context of the situation, the justification is sufficient to justify the use of force against inmates and to outweigh the risk to facility staff.

13. An inmate's past history of weapons possession increases the risk of harm to facility staff.

14. No saved surveillance video exists for the medical sick calls to Wilson's cell on February 6, 2022 (or for the general timeframe and location of those incidents).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on June ___6___, 2023.

Jennell Buchanan, Unit Team Manager
El Dorado Correctional Facility
Kansas Department of Corrections

3

Attachment B, IMPP 20-105
Effective 07-08-14

# Kansas Department of Corrections
# Administrative Segregation Report

TO: Warden Sam Cline

Report Number: 21-0135

FROM: UTM S. Berry

| | | | |
|---|---|---|---|
| Date This Report Filed | 1/21/2021 | Time of Placement | 0900 m |
| Date of Segregation placement | 1/21/2021 | Time of Placement | 0900 m |

Offender Name:Wilson Thomas # 70525          Reason(S) For Segregation (Including Rule No. and Title)
Moved from Cell #: D2-119 to Segregation Cell #: A2-145   IMPP 20.104-I.B.13 Other Security Risk

Pre-Segregation hearing conducted

[2 Pre-Segregation hearing NOT conducted (Explain) _____

Facts:  In pursuant to IMPP 20-104-1.3.13 Other Security Risk. Offender Wilson 70525 is being placed on administrative segregation status. On 1/21/2021, two improvised stabbing devices were obtained from offender Wilsons• possession. Due to this offender's recent DR history and overall mal-adapted behavior his placement is bein com leted for the safet and securit of the facilit .

[2This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)
What is the basis for the facility's concern for the offender's safety?

_____

What is the reason no alternative means of separation can be arranged?

_____

_____ Date l HP1
Signature and Title of Reporting Officer

Approved By:

_____ Date _/_/_
Shift Supervisor or Seg Unit Mgr.

_____ Date L AV U
Warden Authorization (If Needed)

*********************************************************************************************************

OFFENDER ACKNOWLEDGMENT:
t received a copy of this report on: Date l 12//21 Time:

iS m 3o

_____ # 70525
Offender Signature and Number

_____
Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden