### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THOMAS L. WILSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 23-3030-EFM-TJJ |
| | ) |
| **ROBERT K. WALLACE,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF PROPOSED SEALED RECORD

Defendants Robert K. Wallace and Chad D. Clemons ("Defendants"), through Assistant Attorney Matthew L. Shoger, have filed provisionally under seal, in accordance with D. Kan. Rule 5.4.2, three exhibits attached to their Motion to Dismiss or, in the Alternative, for Summary Judgment. Exhibits E and F will be provided to the plaintiff, but should be sealed from public view due to containing confidential medical records. Exhibit G has been provided to the court for in-camera review and should be sealed from the plaintiff and from public view due to it containing a confidential prison policy. Defendants will file a motion proposing to seal or redact this information to maintain it under seal. No other proponents have designated this information as confidential pursuant to any protective orders.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all registered parties and interested parties. I also certify that a copy of the above will be mailed by means of first-class mail on the 7th day of June, 2023, postage prepaid, addressed to:

Thomas L. Wilson #70525
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General

2