IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Plaintiff
Thomas L. Wilson

Case No: 23-3030-JWL

V.

Defendant
Robert K. Wallace, ET AL.,

## MOTION FOR SUMMARY JUDGEMENT

Comes Now Plaintiff, Thomas L. Wilson filing a motion for Summary Judgement in Case No: 23-3030-JWL and request this court to grant relief in above case.

Defendants Robert K. Wallace and Chad O. Clemons had 60 days to file an answer during a "Service Order" issued by this court dated February 22nd 2023 at Kansas City, Kansas. Defendants originally had until 5-23-23 to respond but was given a 14 day extention by the Courts for a response by the date of June 6th 2023.

Neither Defendants has responded within the 14 day extention granted by the Courts for the date of June 6th 2023 required in the "Service Order", Therefore Plaintiff respectfully request this court to grant relief by default in this case.

Respectfully submitted,
Thomas L. Wilson
*Thomas L. Wilson*

On this 7th day of June 2023.