## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

THOMAS L. WILSON,                          )
                                           )
          Plaintiff,                       )
                                           )
v.                                         )          Case. No. 23-3030-EFM-TJJ
                                           )
ROBERT K. WALLACE, *et al.*,               )
                                           )
          Defendants.                      )
                                           )
_____ )

## MOTION TO SEAL OR REDACT

Defendants Robert K. Wallace and Chad D. Clemons ("Defendants"), through Assistant

Attorney General Matthew L. Shoger, move to seal or redact, three exhibits attached to their

Motion to Dismiss or, in the Alternative, for Summary Judgment in their entirety in accordance

with D. Kan. Rule 5.4.2. These exhibits were provisionally filed under seal. Exhibits E and F will

be provided to the plaintiff, but should be sealed from public view due to containing confidential

medical records. Exhibit G has been provided to the court for in-camera review and should be

sealed from the plaintiff and from public view due to it containing a confidential prison policy

important to prison security.

Although a presumption exists in favor of public access, strong privacy interests in this

case support sealing these medical and security records. Regarding Exhibits E and F: "Plaintiff

[has] significant privacy interests in his medical records. Disclosure of Plaintiff's unredacted

medical records would be sufficient to establish a private harm that would overcome the public's

right of access to judicial records." *See Robinson v. Holmes*, No. 21-2602-DDC, 2022 WL

17569954, at *1 & n.6 (D. Kan. Nov. 1, 2022). And Exhibit G is Internal Management Policy

and Procedure (IMPP) 12-111A, which involves use-of-force policies important to prison

security that cannot be viewed by inmates or by the general public. For security reasons, Plaintiff cannot view or possess this policy. *See* Ct.'s Order, *Dudley v. Warren*, No. 22-3188-JWL (D. Kan. Jan. 24, 2023) (Doc. 30) (sealing this policy and not allowing the plaintiff to view or possess it); *see also Martinez v. True*, 128 F. App'x 714, 716 (10th Cir. 2005) (affirming judgment based on an in-camera review of "confidential prison materials"). Therefore, the potential risks of harm outweigh the public interest in accessing the information.

This case involves a pro se plaintiff serving a sentence of incarceration. Although the Office of the Kansas Attorney General has not consulted with the Plaintiff regarding this motion, due to the reasons incorporated above, the Plaintiff should not be granted access to Exhibit G. Defendants provided to the Plaintiff copies of Exhibits E and F along with Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment.

For the above reasons, Defendants request that Exhibits E, F, and G be sealed or redacted in their entirety.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy will be served by means of first-class mail, postage prepaid, addressed to:

Thomas L. Wilson #70525
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General

3