In The United States District Court
For The District of Kansas

Thomas L. Wilson
Plaintiff

v.

Robert K. Wallace et al.,
Defendant

Case No. 23-3030-JWL

## Motion Requesting Trial

Comes Now Plaintiff, Thomas L. Wilson and request this court to grant him a trial for the following reasons:

1. In Defendant's "Declaration" and testimony of Jewell Buchanan "under penalty of perjury she states that "forced cell entry by it's very nature involves a risk of physical harm and even a risk of death to facility staff."
I would like to dispute those facts in front of a jury because on 9-11-23 Plaintiff had multiple seizures and forced cell entry was used to medically treat him. Officer Patrick L. Jewels was the officer in charge of the cell house unit that day and authorized a "forced cell entry" and I would like to question him and have my medical record for that day entered into evidence in support of my argument that forced cell entry is used regulary for medical emergencies in E.D.C.F. segregation to medically treat offenders if they are physically unable to come to the cell door to be restrained which disputes Jewell Buchanan's testimony.

2. Defendant produced a copy of my disciplinary report history and segregation placement report stating I have a past history of weapons possession.
Plaintiff would like to dispute those claims and present to the jury that he has on 9 disciplinary infractions for "Dangerous Contraband" over a 23 year span and only 1 is for weapons that he actually turned in to E.D.C.F. staff because he was being forced to hold for another offender. Mr. Wilson actually did the right thing and came to E.D.C.F. staff for help and received a disciplinary infraction because he was trying to avoid trouble. Please see only disciplinary report for weapons violation attached. Plaintiff would like a trial so defendants could prove past history of more than attached disciplinary report of weapons possession.

3. In Sarah Madwrick's Declaration for E.D.C.F. she stated under penalty of perjury that OACI Preedin-Cain said Mr. Wilson slowly rose up and walked to the cell door to be restrained, with his hands behind his back.
Plaintiff would like to call his cellmate at that time Dwight Lane #120355 to testify in front of a jury that he had to half drag/half carry him to the cell door in order to be restrained. Plaintiff would also like to question Chad D. Clemons in front of a jury to confirm the attached statement he made addressing this issue.

4. Plaintiff would also like to question Chad D. Clemons in front of a jury pertaining to his written complaint about Nurse OACI Preedin-Cain not thoroughly assessing him and not treating him for chest pains and complaints of blood and mucus on his T-shirt. Please see written form 9 request attached.

## Conclusion

Where Plaintiff has been nothing but truthful in every manner of his civil complaint, the defendants and witnesses for the defendants has lied and manipulated the facts in this case and therefore Plaintiff respectfully requests this court to grant him a trial in front of a jury so that all of the facts and the truth pertaining to this matter be brought forth.

Respectfully Submitted,
Thomas L. Wilson
*Thomas L. Wilson*

ON THIS 18th DAY OF SEPT 2023