Exibit A

INMATE REQUEST TO STAFF MEMBER

To: CSI Clemons
(Name and Title of Officer or Department)

Date: 10-13-22

_____
Unit Team Member Signature

To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment   O.S.R.
Interview Requests

Wilson-El
Last Name Only

Exibit A

**KANSAS DEPARTMENT OF CORRECTIONS**

70525
Number

**INMATE REQUEST TO STAFF MEMBER**

To: CSI Clemons       Date: 10-13-22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Will you please confirm that on 2-6-22 around 3:15AM when I had 2 seizures in my cell A2 #125 you saw me shaking on the ground while laying in my own vomit + blood and I was not physically able in your professional opinion to come to the cell door to be restrained and therefore my cellie at that time offender Dwight Lane #120355 had to half drag, half carry me to the door so I could be restrained in order to recieve medical assistance but this happened only after my second seizure. Will you please confirm the above statement?

Work Assignment: O.S.R.                Living Unit Assignment: A2 115
Comment: _____             Unit Team Members Signature: _____

Disposition: I CS1 C. Clemons K000221278 Can Confirm the above Statement to be accurate. CS1 C. Clemons 11.07.2022

To: _____          Date: _____
(Name & Number)

Disposition: _____

_____
Employee's Signature

To be returned to inmate.

P-0009b

INMATE REQUEST TO STAFF MEMBER

To: CS1 C. CLEMONS     Date: 2-6-22
(Name and Title of Officer or Department)

_____
Unit Team Member Signature

To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment  O.S.R.
Interview Requests

Wilson-El
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

70525
Number

INMATE REQUEST TO STAFF MEMBER

To: CS1 CLEMONS     Date: 2-6-22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

When I had my second siezure and was finally concious enough and able to come to the door to be restrained, Centurion Preedin-Caine medically assesed me. After her medical assesment and she left will you please confirm that I called you to my cell to show you that I had "blood and mucus" on my shirt and that you wrote a note about it in my cronological file and emailed medical to let them know what you observed and ask Preedin-Caine failed to observe or treat during her medical assesment?

Work Assignment: O.S.R.     Living Unit Assignment: A2 125
Comment: _____     Unit Team Members Signature: B.C. Clemons

Disposition: I can confirm the above stated facts. Chronofiles will show information regarding blood on Inmate Wilsons T-Shirt.

To: _____     Date: _____
(Name & Number)

Disposition: _____

Employee's Signature

To be returned to inmate.

P-0009b



Attachment B, IMPP 11-119
Effective: 12-11-13

G                    115

# DISCIPLINARY REPORT

(FACILITY)

| Case No. 21-01-363 | Date of Alleged Violation: 1/21/2021 | Time: 0830   A.M. |
|---|---|---|
| Date This Report Written:   1/21/2021 | | Time: 0845   A.M. |

Name of Inmate: Wilson          Thomas          L     No. 70525      Cell No: A2-145
                 LAST            FIRST          MI

Duty Assignment: Lay-In Medical

Alleged Violation of Law or Rule (Identify by Code No., Short Title, and Class) _____
    44-12-901 Dangerous Contraband, Class I

FACTS: On 1/21/21 at approximately 0830, BHP Robinson brought offender Wilson #70525 to the Captain's Office. BHP Robinson then gave us two improvised stabbing devices that he stated were given to him by offender Wilson. Offender Wilson affirmed that he did give them to BHP Robinson. Offender Wilson stated that his cellmate, offender Ashley #110676, was making him hold them for him. Offender Wilson stated that he didn't want any trouble. The weapons were taken and placed in TEL #1. Due to offender Wilson being in possession of the improvised stabbing devices, I am charging him with 44-12-901 Dangerous Contraband a Class I offense.

(Attach Additional Sheet(s) if necessary)

Staff Witnesses:_____ (Signature) _____
                                                    Lt. Alan R. Taylor   0600-1400 S/M off
                                         Printed Name and Title of Employee Writing Report

                              Approved by: _____
                                         (Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on   1/21/2021          Signature _____

I received a copy of this report on 1-22-21   935    /Wilson-LC  #70525
                                    (Date)    (Time)        (Inmate Signature & No)
I served a copy of this report  1-22-21   938    Coll B.
                                (Date)    (Time)    (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.