IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THOMAS L. WILSON,

   *Plaintiff,*

v.

                Case No. 23-CV-3030-EFM-TJJ

ROBERT K. WALLACE, et al,

   *Defendants.*

## ORDER

  Before the Court is Plaintiff Thomas L. Wilson's Motion for Punitive Damages (Doc. 37). Plaintiff seeks two million dollars in punitive damages for mental and emotional stress from violations of his Eighth Amendment rights against cruel and unusual punishment. On October 17, 2023, the Court dismissed Plaintiff's Eighth Amendment claims and entered judgment in favor of Defendants. Because the Court dismissed Plaintiff's Eighth Amendment claims, it denied as moot Defendants' motion to dismiss or in the alternative motion for summary judgment against Plaintiff's claims for punitive damages. Entering judgment in favor of Defendants on Plaintiff's Eighth Amendment claims means that Defendants—not Plaintiff—are the prevailing party. As such, Plaintiff is unable to recover punitive damages stemming from his Eighth Amendment claims. Therefore, the Court denies Plaintiff's Motion for Punitive Damages.

  **IT IS THEREFORE ORDERED** that Plaintiff Thomas L. Wilson's Motion for Punitive Damages (Doc. 37) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2025.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE