U.S. District Court
District of Kansas

4-7-25

Case Name: Wilson (I.O. 70525) v. Wallace et al
Case Number: 5:23-CV-03030-EFM-TJJ

<u>To All Parties Concerned. This is not a legal document. This is not a motion and I am not representing myself pro se in this matter. I am just trying to come to a resolution that's quick and will be in everyones best interest.</u>

I requested 2 million dollars in punitive damages in above case number for mental and emotional stress and damages. I also asked the courts for "mediation" if E.O.C.F. did not want to give me the 2 million in punitive damages and therefore the matter is going to be resolved by the District Judge.

I have been thinking and I came to the conclusion that this matter will not be resolved before I'm released in Sept. 2026. If E.O.C.F. settle for 1. million dollars and put it on my inmate account then they will make a little over 2 million dollars in "interest" just for having the money on my inmate account until I'm released. <u>So basically E.O.C.F. is not losing anything.</u> If the matter is not resolved before I'm released then whatever the settlement is will just be a loss for E.O.C.F. And if the matter is resolved before my release and it's less than 1. million dollars then I will put the money in a "Trust" and E.O.C.F. won't get no interest and it's just going to be a loss for the facility no matter how much the settlement is.

I also owe $533.61 dollars in fines to K.D.O.C. with currently $423.57 on my forced savings account that K.D.O.C. can't touch. Not only would K.D.O.C. make their money back plus extra if they put the 1. million dollars on my inmate account but they will also get the $533.61 dollars I owe in fines.

Once again: <u>THIS IS NOT A LEGAL DOCUMENT, THIS IS NOT A MOTION AND I AM NOT REPRESENTING MYSELF PRO SE IN THIS MATTER! I AM JUST TRYING TO SOLVE THIS MATTER AS QUICKLY AS POSSIBLE.</u>

Sincerely,
Thomas L. Wilson #70525